IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WESLEY URCH, JR., )<br>    Petitioner, )<br> )<br>    v. )<br>DANIEL P. BURNS, )<br>et al., )<br>    Respondents. ) | CIVIL ACTION NO. 13-259<br>Judge Arthur J. Schwab |

## **O R D E R**

AND NOW, this 27th day of January, 2015, for the reasons set forth in the Opinion filed contemporaneously herewith, it is hereby ORDERED that each of Petitioner's claims are DENIED and a certificate of appealability is DENIED. The Clerk of Court shall mark this CASE CLOSED.

BY THE COURT:

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge